# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





TONI V. MEJIAS-CRUZ,

    VS.                              CIVIL NO. 98-1914   (JAF)

CENTENNIAL PUERTO RICO
WIRELESS CORPORATION, et al.

## DESCRIPTION OF MOTION

DATE FILED: 8/30/99 DOCKET: 18     TITLE: MOTION REQUESTING UNTIL SEPT. 14 TO OPPOSE MOTION FOR SUMMARY JUDGMENT

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

9/14/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE