# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





TONI V. MEJIAS-CRUZ

      VS.                                CIVIL NO. ___98-1914___ (JAF)

CENTENNIAL PUERTO RICO
WIRELESS CORPORATION, ET AL.

---

## DESCRIPTION OF MOTION

DATE FILED: 9/9/99  DOCKET: 20    TITLE: JOINT PROPOSED PRETRIAL ORDER.

[X] Plffs.        [X] Defts.

---

### O-R-D-E-R

Proposed Pretrial order approved. Plaintiff granted until 9/15/99 12:00 noon to file the opposition to the motion for Summary Judgment. Defendants may reply within 10 days. Multiforce and Olsten to shall immediately make available to counsel for plaintiff for examination plaintiff's personnel file. Defense counsel may attend the examination session.

---

9/14/99                                    JOSE A. FUSTE
DATE                                          U.S. DISTRICT JUDGE

(23)