**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

TONI V. MEJIAS CRUZ

**Plaintiff(s)**

**v.** **CIVIL NUMBER:** 98-1914 (JAG)

CENTENNIAL PUERTO RICO WIRELESS CORPORATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/14/01<br>**Title:** Motion Requesting an Additional Five Working Days to Submit Document<br>**Docket(s):** 32<br>[x ] **Plff(s)** [ ] **Dft(s)** [ ] **Other** | **GRANTED.** |

**Date:** February 28, 2001

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**



38