UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TONI V. MEJIAS CRUZ

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 98-1914 (JAG)

CENTENNIAL PUERTO RICO WIRELESS
CORPORATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/26/01<br>**Title:** Motion Submitting Amended Answer to Questionnaire and to Pretrial Order<br>**Docket(s):** 37<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge