# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



TONI V. MEJIAS CRUZ

**Plaintiff(s)**

v.                                                           CIVIL NUMBER: 98-1914 (JAG)

CENTENNIAL PUERTO RICO WIRELESS
CORPORATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 04/24/01<br>**Title:** Request for Leave to Withdraw from Legal Representation<br>**Docket(s):** 41<br>[ ] Plff(s)   [ x ] Dft(s)   [ ] Other | **GRANTED.** Successor counsel shall enter an appearance within thirty (30) days from the date of this order. |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

