IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TONI V. MEJIAS CRUZ

    **Plaintiff(s)**

    v.                            CIVIL NO. 98-1914 (JAG)

CENTENNIAL PUERTO RICO
WIRELESS CORPORATION, ET AL

    **Defendant(s)**

---

### ORDER

The time for filing objections to the Magistrate's Report and Recommendation having elapsed, the Court hereby adopts the Report and Recommendation. Judgment will enter dismissing the Complaint with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of March 2002.

                              JAY A. GARCIA-GREGORY
                              U.S. District Judge



