IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TONI V. MEJIAS CRUZ

    **Plaintiff(s)**

    v.                         CIVIL NO. 98-1914 (JAG)

CENTENNIAL PUERTO RICO
WIRELESS CORPORATION, ET AL

    **Defendant(s)**

---

### JUDGMENT

In accordance with the Order signed today, the Court enters judgment dismissing plaintiff's Complaint with prejudice

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of March 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge